**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

VERONESI BUILDING AND
REMODELING, INC.,

              Petitioner

         v.

WORKERS' COMPENSATION APPEAL
BOARD (CORVIN, DECEASED,
CORVIN),

              Respondents

:  No. 79 WAL 2016
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of July, 2016, the Petition for Allowance of Appeal is
**DENIED**.